UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT

_____

No. 95-30844
Summary Calendar
_____


ANDREA HALL,

Petitioner-Appellant,

versus

BURL CAIN, Acting Warden,
Louisiana State Penitentiary,

Respondent-Appellee.

_____

Appeal from the United States District Court for the
Western District of Louisiana
(CA-94-2298)
_____
April 18, 1996

Before SMITH, BENAVIDES, and DENNIS, Circuit Judges.

PER CURIAM:[*]

Andrea Hall appeals from the district court's partial denial of his 28 U.S.C. § 2254 petition for a writ of habeas corpus. A review of the record supports the magistrate judge's finding that, as to Hall's Louisiana conviction for the attempted second-degree murder of Joe Lewis Atkins, Hall failed to show that his trial attorneys' failure to challenge a defective jury instruction was

_____

[*]Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

prejudicial.  We affirm for the reasons stated by the district court.  See Hall v. Whitley, No. CV94-2298-A (W.D. La July 21, 1995).